UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYLEN J. HUGHES,<br><br>            Plaintiff,<br><br>  v.<br><br>DERRAL ADAMS et al,<br><br>            Defendant. | Case Number: CV07-04442 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daylen Jason Hughes V22456
3C05 #103 Low
P.O. Box 8800
Corcoran, CA 93212

State Attorney General's Office
455 Golden Gate Avenue
Ste. 11000
San Francisco, CA 94102

Dated: January 9, 2008

                                                    Richard W. Wieking, Clerk
                                                    By: Barbara Espinoza, Deputy Clerk