# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Hughes v. Adams, Warden**

No.: **C 07-4442 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On March 6, 2008, I served the attached **MOTION TO DISMISS HABEAS PETITION AS BARRED BY THE STATUTE OF LIMITATIONS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Daylen Jason Hughes
V22456
3C05 #103 Low
P.O. Box 8800
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 6, 2008, at San Francisco, California.

|  D. Desuyo  |  /s/ D. Desuyo  |
|:---:|:---:|
| Declarant | Signature |

40226054.wpd