To: Richard W. Wieking
Clerk, of U.S. District Court
Northern District of California

March 18th, 2008

**FILED**

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

C-07-4442 CRB

Requesting 60 day extention before submitting petitioner traverse which is due April 6th, 2008. I had recieved ORDER TO SHOW CAUSE motion, stamped January 9th, 2008. Then on March 10th, 2008 I recieved motion from the Attorney General whom is the respondent. The petitioner traverse is due 30 days of his receipt, and the petitioner whom is pro per will not be ready to submitt his traverse, on or before April 6th 2008.

For insurance the petitioner needs extra sixty days until June 6th 2008 for deadline of sending his traverse to Northern District Court. Mr. Hughes needs to continue researching cases that may to be included inside the traverse. Plus the petitioner is PRO PER. I would highly appreciate shall the judge Charles R. Breyer be notified of this letter; request of 60 day extention.

May I please recieve notice if my sixty day xtention GRANTED, so could show the law librarian are at Corcoran State Prison do have proof of his ourt dead line.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct

<u>Case Name</u>: Hughes V. Adams, Warden

<u>No</u>: C 07-4442 CRB (PR)

<u>Requesting</u>: Sixty day extention, for submitting traverse.



Mr. Daven J. Hughes # V23456
3C02 DR SUP
P.O. Box 3471
Corcoran, Ca 93212

BAKERSFIELD CA 933
MOJAVE CA
19 MAR 2008 PM 11

"LET US DARE TO REA
THINK, SPEAK A
John Adams, 1765
powerofthepicket

CORCORAN STATE PRISON

Office of the Clerk, U.S. District Court
450 Golden Gate Avenue
San Francisco, Ca 94102

94102+3661 C004