IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYLEN J. HUGHES,<br><br>    Petitioner,<br><br>  v.<br><br>DERRAL ADAMS,<br><br>    Respondent(s). | No. C 07-04442 CRB (PR)<br><br>ORDER |

    Good cause appearing, petitioner's request for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED. Petitioner shall file an opposition by no later than June 6, 2008, and respondent shall file a reply within 15 days thereafter.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 9.

SO ORDERED.

DATED: March 24, 2008

                                  CHARLES R. BREYER<br>
                                  United States District Judge

G:\PRO-SE\CRB\HC.07\Hughes, D1.eot.wpd