1 Daulen Jason Hughes #V22456
2 P.O. Box 8800
3 Corcoran, Ca 93212

 

FILED / RECEIVED
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

In The United States District Court
For the Northern District Of California

C-07-4442 CRB

Daulen Jason Hughes,
    Petitioner,
vs.
Derral Adams,
    Respondent,

Petitioner's Response To Respondent's Motion

Respondent contends Petitioner Failed To Prosecute The Instant Petition For Writ Of Habeas Corpus Within The Statute of Limitations, Set By The "ANTI EFFECTIVE DEATH PENALTY ACT" (AEDPA). Asserting Petitioner Exceeded The Deadline By three Months. (See, respondents motion to dismiss Argument Page 2)

Petitioner Submits The Deadline By three Months

1 Was Exceeded." However Extraordinary Circumstances
2 Beyond Petition's Control Prevented Petitioner From Filing
3 His Federal Habeas Petition In A TIMELY Manner as
4 Follows":
5 (1) Petitioner Was Placed In Administrative Segregation
6 (AD-SEG) From July or August Of 2005 Until Petition-
7 er was Released From The (SHU) on June 28th, 2006.

9 (2) Petitioner's AD-SEG Placement Began While Housed
10 At Pleasant Valley State Prison, In Coalinga, California.
11 From July or August 2005 until March 2006.

13 (3) Upon Being Placed In AD-SEG Petitioner's Property thats
14 Personal was HANDLED By Prison Staff, and Petitioner's EX
15 cellmate Where Upon Petitioner Discovered that His Per-
16 sonal Property And Some Legal Documents were missing
17 tamper Plus Destroyed. Petitioner had re-start "writ of Habeas"

19 (4) While Housed In AD-SEG Petitioner Was Not Given
20 Access To ALL His Legal Materials.

22 (5) On Or About March 2006 Petitioner Was Transfered From
23 Pleasant Valley Prison's AD-SEG To Corcoran State Prison.
24 To Begin SHU-Term, About Three and Half months. Petitioner's
25 AD-SEG Placement, And Segregated Housing Unit (SHU)
26 Term Are Massed As One Single Time Period In This Response

28 (6) The Law Library At Corcoran SHU Was Not Available

(6) The Law Library At Corcoran SHU Was Not Available To The Petitioner Frequently Due To It Being Closed More Often Than Not

(7) Petitioner Was Only Able To Use The Law Library At Least Twice While Housed In Corcoran (SHU.)

At This Present Time Petitioner Still Has Not Recieved All Property While Serving His AD-SEG/SHU Term. Petitioner Did File A <u>602 Grievance Form</u>, On The Issue of His Property Which Was Indeed Partially Granted (See Exhibit A).

Once Released From Serving SHU Term Petitioner Began To Have Access To The Law Library Frequently Also other Resources From Inmates To Ascertain Knowledge To Properly Execute A Federal Habeas Petition.

Case, Espinoza-Matthews Vs. People Of The State of California, 2005-D5 DAR 14879, The Court Found That A Habeas Petitioner Is Entitled To Equitable Tolling Of The Statue Of Limitations When Extraordinary Circumstances Beyond His/Her Control Prevents The Habeas Petitioner From Properly Prosecuting A Federal Habeas Petition (Id.) Petitioner's Extraordinary Circumstances As Herein Mentioned Arguably Meets That test.

1  I Declare Under Penalty of Perjury that The
2  Foregoing Is True And Correct.      X _____
3
4
5
6  Dated: April 2008
7
8  Respectfully Submitted.

# EXHIBIT



STATE OF CALIFORNIA                                                                                                        DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)    C-FILE COPY

Location: Institution/Parole Region: **CSP-CORCORAN**    Log No: **06-1890**    Category: **7**

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| D. HUGHES | V22456 | Property c/o Rodriguez | 4B2R/32 |

**A. Describe Problem:** Approximately April 21st 2006, property correction officer Rodriguez gave me little of my property. The problem is I didn't get choose for example, letters of incomming mail. For some reason had send out my property to residence, base on rules of Mr. Rodriguez or this prison Corcoran. Also in my property couldn't choose which "pictures", thats problem because had message on particular photo. Yes I gave my signature, sent out my property but I feel it's wrong it'll be taken away from trust account, plus fact couldn't choose items myself. This situation delaying me for subjects currently working on. Magazines don't have, now got too wait notify them of address.

See Attachment →

If you need more space, attach one additional sheet.

**B. Action Requested:** Would definitely like go threw my property choose want I'd like to keep. Also request money shouldn't be taken out my account, thats a C.D.C. problem for example when it rain lots of water gets inside my cell #64 should I have pay. Action requested is simple here why make it hard for me.

Inmate/Parolee Signature: _Dayleu Hughes_    Date Submitted: 4-25-06

**C. INFORMAL LEVEL** (Date Received: 5-5-06)

Staff Response: THIS APPEAL IS DENIED ACCORDING TO PROCEDURES INMATES THAT ARE SERVING ARE 15 LETTERS ARE PICKED AT RANDOM THIS ALSO INCLUDES PICTURES A/CDC FORM WAS FILLED OUT AND SIGNED BY YOU ON 4-21-06 ! ALL ITEMS LISTED ON THE 1083 FORM ARE ALLOWED ITEMS AND NOT ALLOWED ITEMS !

Staff Signature: _M Rodriguez_    Date Returned to Inmate: 5-5-06

**D. FORMAL LEVEL**    →didn't
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Even though I sign the 1083, all my property wasn't present for me to choose "why"? Now 15 letters and photos were pick by C/O. Their are certain letters I need, one contains address book. theirs particular photo has info, I need. Not satisfied of how this process took place definitely like chose my items before they plan dispose items Attachment Pg.4↗

Signature: _Dayleu Hughes_    Date Submitted: 5-9-06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number: _____

2 of 3 pages

2 of 3 pages

Continue from page one 602

change, am allow up to fifteen magazines, but Mr. Rodriguez chose for me not to have one, issue "Sad" thing. Furthermore am allow too have address book, because Rodriguez brought me my property not all my items were with him. He gave me two bags, with television. This is problem felt should have been present while the correction officer went threw my property, that way could of chose my items and stuff I'm allow to have. Enclose with this 602 is CDC 1858, because somebody behaved improperly, and I feel this situation should be investigated, because for (one) I shouldn't have to pay have property sent away. So what do individual do about his radio to my knowledge what dont have now with me as property, no longer on my property sheet.

My intention here not to give false information. I don't have copy of paper I sign to have property sent to residence. Rodriguez didn't offer me copy of no paper that I sign or the rules of why property must not stay until release out the SHU. My shu release expected to be on May 10th 2006 or June 10th 2006. Do have CDC 1858 for property correctional officer Rodriguez my complaint is legit sure many inmates would agree what I'm doing is not wrong Its right thing to proceed forward and have this situation investigated-

Daylen Hughes # V22456

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:
Signature: _____ Title: _____ Returned Date to Inmate: _____

RECEIVED JUL 11 2007 INMATE APPEALS BRANCH

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Second Level  ☐ Granted  ☑ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 5/19/06  Due Date: 7/3/06
☑ See Attached Letter
Signature: _____ Date Completed: 6/27/06
Warden/Superintendent Signature: _____ (CDW/A) Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

My counselor Mr. Ryder allow me to review my "C-File", that's when I knew this 602 was P. Granted and signature I WAS NOT GIVEN THE ORIGINAL OF THIS 602. Approximate ~~June~~ May 2007 Mr. Ryder went over my "C-File" with me. Then I request copies of this 602 Log Number 06-1890 I still havent recieved all my personal property I'm still very much upset how Corcoran Prison Staff claim they threw away my property. I've would of responded within 15 days but I never recieved original 602

Signature: _____ Date Submitted: July 9th 2007

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
                                        0701570                                Date: _____
CDC 602 (12/87)

California Department of Correcti_____    California State Prison, Corcoran

# MEMORANDUM          128-B



RECEIVING & RELEASE
Extension 6135

INMATE: HUGHES

CDC# V22456

HOUSING 4B2R-32L

MAIL-OUT PERSONAL PROPERTY PACKAGE

YOUR MAIL-OUT PROPERTY HAS BEEN RECEIVED/(RETURNED) FOR THE FOLLOWING REASONS, ON THIS DATE 4/27/06

○  UPS WILL NOT DELIVER TO A P.O.BOX

○  PARTY DID NOT RESPOND TO 3 DELIVERY ATTEMPTS

○  PARTY MOVED

○  WRONG ADDRESS

○  NO ZIP CODE

●  OTHER: CAN'T SHIP OUT OF THE U.S. RETURN W/ SIGN TRUST WITHDRAWAL AND NEW ADDRESS. RETURN TO R&R

WITHIN 30 DAYS OF THIS NOTICE, YOU ARE REQUIRED TO SUBMIT IN WRITING TO R&R YOUR DISPOSITION OF THE ABOVE MENTIONED PACKAGE. DISPOSITION WILL BE LIMITED TO THE (5) CHOICES, IN ACCORDANCE WITH THE CALIFORNIA CODE OF REGULATIONS, TITLE-15 SECTION 3191 (C). IF YOU CHOOSE TO MAIL-OUT THE PACKAGE, RESUBMIT A SIGNED TRUST WITHDRAWAL SLIP WITH THE CORRECTIONS MENTIONED TO R&R.

IF YOU FAIL TO RESPOND IN WRITING WITHIN (30) THIRTY DAYS, YOUR PROPERTY WILL BE DISPOSED OF ON 6/1/06.

C/O L. TOME
R&R MAIL-OUT OFFICER
CSP/CORCORAN
ORIGINAL: R&R
COPY: INMATE

State of California                                                                                          ATTACHMENT E

# Memorandum

Date : June 5, 2006

To : HUGHES, V22456
Facility 4B2R-32L
California State Prison Corcoran

Subject: **STAFF COMPLAINT RESPONSE - APPEAL #CSPC-6-06-01890**

### APPEAL ISSUE:
Hughes stated that he should have been allowed to be present along with the Property Officer when his property arrived from PVSP so that he could personally select the items that he wanted to keep and which items he wanted to send home.

### DETERMINATION OF ISSUE:
A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:

☒ PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☐ REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (Note: You will be notified of the conclusion of any internal affairs investigation)

### SUMMARY FOR APPEAL INQUIRY:
Hughes was interviewed on June 5, 2006, regarding CDCR Inmate Appeal (Staff Complaint) Log # CSPC-6-06-01890, by R. Salinas Jr, Correctional Sergeant. Hughes stated that he was not aware that this was the way things were done in SHU, and that even if he did sign a CDC form 1083, it was a mistake to do so. Hughes is appealing the fact that inmates do not get to be present when incoming property arrives from another institution so that they can pick and choose what items they want to keep and which items they get to send home. He also disagrees with the policy that inmates pay for the postage to send these items home.

### FINDINGS FOR AN APPEAL INQUIRY:

Your appeal is *partially granted* at the ☒ Second level, as an inquiry into your allegations has been conducted. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, results of any inquiry/investigation will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

Allegation of Peace Officers Misconduct Complaint

*Please print and sign below:

R. Salinas Jr, Sgt. _R SALINAS JR_     _[signature]_ date _6-J-06_

_[signature]_
*Appeal Interviewer (Print Name)     Appeal Interviewer (Signature)

_[signature]_ ,CCIII     _6/27/06_
Associate Warden/Division Head/Medical Manager     Date

_[signature]_     _8/4/06_
Appeals Coordinator/Correctional Counselor II     Date

_[signature]_ , CDW(A)     _8/7/06_
Warden/CDW/HCM     Date

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, Daylen J. Hughes DECLARE UNDER PENALTY OF PERJURY THAT:
I AM THE Petitioner IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS Seventh DAY OF April 2008
AT CORCORAN, CALIFORNIA.

(SIGNATURE) _____
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I Daylen J. Hughes AM A RESIDENT OF Corcoran, Kings County in STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / A PARTY OF THE ABOVE INTITLED ACTION. MY ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON April 7th 2008 IS SERVED THE FOREGOING.

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _____ 2008
(DECLARANT/PRISONER)

Case 3:07-cv-04442-CRB   Document 11   Filed 04/10/2008   Page 13 of 13



Darien Jason
P.O. Box 8800
Corcoran, Ca 93212
3C02 DR 5UP

Confidential Mail
Legal Mail.

STATE PRISON
CORCORAN

To: Office of the Clerk
U.S. Northern District Court of California
450 Golden Gate Avenue
San Francisco, California
94102