1 Daulen Jason Hughes #V22456
2 P.O. Box 8800
3 Corcoran State Prison
4 Corcoran, Ca 93212

6 In Pro Se

FILED
08 MAY -7 PM 1:25
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 IN THE UNITED STATES DISTRICT COURT
11 FOR THE NORTHERN DISTRICT OF CALIFORNIA
12 SAN FRANCISCO DIVISION

15 Daulen Jason Hughes,
16     Petitioner,
17 V.
18 Derral Adams, Warden,
19     Respondent,

C 07-4442 CRB (PR)
Petitioners Reply To
Respondents Reply To
Petitioners Opposition

23 RESPONDENT REQUESTS THIS COURT TO DIS-
24 MISS PETITIONERS HABEAS PETITION AS
25 UNTIMELY. RESPONDENT'S REPLY TO PETITIONER'S
26 OPPOSITION TO MOTION TO DISMISS HABEAS
27 CORPUS PETITION AS UNTIMELY MISSTATES
28 FACTS OF PETITIONER'S OPPOSITION. THE

1  DILIGENCE EXERCISED BY PETITIONER IN
2  LIGHT OF THE CIRCUMSTANCES WHICH WERE
3  EXTRAORDINARILY BEYOND PETITIONER'S CONTROL
4  WARRANTS EQUITABLE TOLLING.

6     RESPONDENT IS CORRECT THAT PETITIONER
7  REQUESTS THE COURT TO EXCUSE HIS DELAY
8  FOR FILING HIS FEDERAL PETITION FOR WRIT
9  OF HABEAS CORPUS, BUT NOT BECAUSE PETITIONERS
10 WAS PLACED IN AD-SEG FOR NINE OR TEN MONTHS
11 AND PETITIONER WAS TRANSFERRED TO ANOTHER
12 PRISON WHERE PETITIONER WAS PLACED IN
13 THE SEGREGATED HOUSING UNIT (SHU) FOR
14 ABOUT 14 WEEKS.

16    PETITIONER CONTENDS BEING PLACED IN
17 AD-SEG AND THE CIRCUMSTANCES COLLECTIVELY
18 SURROUNDING PETITIONER'S STAY IN AG-SEG
19 CREATED AN EXTRAORDINARY CIRCUMSTANCE.
20 (Espinoza-Matthews V. California 432 F.3d 1021 1026 9th
21 Cir. 2005)

23    PETITIONER INABILITY TO SECURE HIS LEGAL
24 DOCUMENTS DUE TO THE CONTROL THERE OF
25 BEING IN THE HANDS OF CORRECTIONAL OFFICERS
26 IS DEEMED A CIRCUMSTANCE BEYOND PETITIONER
27 CONTROL (Id.) RESPONDENT ASSERTION THAT
28 PETITIONER CONTENDS BEING PLACED IN AD-

SEG IS A CIRCUMSTANCE BEYOND HIS CONTROL IS MISPLACED.

PETITIONER REQUEST THE COURT TO CAREFULLY REVIEW HIS CLAIMS, TAKING INTO CONSIDERATION THAT RESPONDENT MISSTATES, SOME OF THE FACTS OF PETITIONER'S CONTENTIONS RECOGNIZING THE FACT THAT PETITIONER IS A LAYMAN OF LAW AND A REVIEW OF HIS CLAIMS ON HABEAS WILL SHOW SOME OF THEM TO BE VAGUE AND INCONCLUSIVE.

## CONCLUSION

ACCORDINGLY PETITIONER RESPECTFULLY REQUESTS, THAT THIS COURT DENIES RESPONDENTS MOTION TO DISMISS.

RESPECTFULLY SUBMITTED
DAYLEN JASON HUGHES

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KINGS

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746)

I, _Daylen J. Hughes_ DECLARE UNDER PENALTY OF PERJURY THAT:
I AM THE _Petitioner_ IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _Fourth_ DAY OF _April_ 200_8_
AT CORCORAN, CALIFORNIA.

(SIGNATURE) _____
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I _Daylen J. Hughes_ AM A RESIDENT OF _Kings County_ STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / A PARTY OF THE ABOVE INTITLED ACTION. MY ADDRESS IS P.O. BOX 3471, CORCORAN, CA. 93212.

ON _April 4th 2008_, 200_8_ IS SERVED THE FOREGOING.

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON.

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _____, 200 _8_.     _____
(DECLARANT/PRISONER)



Daulen [illegible]
3002
P.O. Box 5711
Corcoran, Ca 93212

U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

STATE PRISON

Confidential Legal Mail