IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYLEN JASON HUGHES,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>DERRAL ADAMS, Warden,<br><br>　　　　　Respondent. | No. C 07-4442 CRB (PR)<br><br>ORDER |

　　　Petitioner's request for an extension of time to file a notice of appeal in this habeas matter is GRANTED.  Petitioner shall file a notice of appeal, and a request for a certificate of appealability, by no later than January 9, 2009.

　　　Petitioner is advised that under Federal Rule of Appellate Procedure 3(c)(1), the notice of appeal must: (A) specify the party taking the appeal by naming him in the caption; (B) designate the judgment or order being appealed; and (C) name the court to which the appeal is taken.

SO ORDERED.

DATED: Dec. 18, 2008

　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\HC.07\Hughes, D2.ext.wpd